186 So. 915

**Herbert Ray BENTON v. STATE.**
**6 Div. 463.**

Court of Appeals of Alabama.
Feb. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

176 So. 919

**Odell BERRY v. STATE.**
**5 Div. 41.**

Court of Appeals of Alabama.
Nov. 2, 1937.

Paul M. Page, of Dadeville, and Walls Lamberth, of Alexander City, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 917

**J. B. BERRYHILL v. STATE.**
**8 Div. 621.**

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

181 So. 917

**W. B. BICKERT v. STATE.**
**6 Div. 283.**

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

184 So. 910

**BIRMINGHAM ELECTRIC CO. v. John DAVIS.**
**6 Div. 377.**

Court of Appeals of Alabama.
Dec. 1, 1938.

Baker Knight, of Birmingham, for appellant.
Rosenthal & Rosenthal and Walter S. Smith, all of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

189 So. 918

**BIRMINGHAM ELECTRIC CO. v. Clay OZLEY.**
**6 Div. 402.**

Court of Appeals of Alabama.
May 23, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.
Walter S. Smith and Walter S. Smith, Jr., both of Birmingham, for appellee.

SAMFORD, Judge.
Affirmed on certificate.